1   Joel R. Bryant, Esq. (State Bar No. 149370)
    jbryant@gbflawyers.com
2   GREEN BRYANT & FRENCH LLP
    1230 Columbia Street, Suite 1120
3   San Diego, California 92101
    Tel:  (619) 239-7900
4   Fax: (619) 239-7800

5   Attorneys for Plaintiff, Amy Le Tong

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN  DISTRICT OF CALIFORNIA

10  AMY LE TONG, an individual,          )    CASE NO:  CV11-04651-EJD
                                         )
11              PLAINTIFF,               )    STIPULATION  AND  [PROPOSED]
                                         )    ORDER   TO   CONTINUE   CASE
12  v.                                   )    MANAGEMENT CONFERENCE
                                         )
13  AT&T MOBILITY SERVICES LLC, a        )    Date:  January 20, 2012
    Delaware Limited Liability Company; and )  Time:  10:00 a.m.
14  DOES 1-100, jointly and severally,   )    Dept.: Courtroom 1
                                         )    Judge: Honorable Edward J. Davila
15              DEFENDANTS.              )
                                         )
16  ——————————————————————————)

17          Pursuant to the Court's October 14, 2011 Order, a Case Management Conference in the

18  above referenced matter was scheduled for January 20, 2012.  The Order further required the parties

19  to file a Joint Case Management Conference Statement no later than January 13, 2012.  For the

20  reasons set forth below, Plaintiff respectfully requests that the Court continue the Case Management

21  Conference scheduled for January 20, 2012 to March 16, 2012, at 10:00 a.m..

22          On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised

23  Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to

24  this case, and further advised that, based on the allegations of the Complaint, the only entity which

25  should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those

26  representations, Plaintiff filed a First Amended Complaint on October 24, 2011, which removed

27  all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was

28  subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15,

                                    - 1 -              Case No: CV11-04651-EJD
    STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service with the Court.  Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does not anticipate the Defendant will appear until that date.

This case is one of approximately 93 pending cases which Plaintiff's counsel has filed throughout the United States District Courts in California against Defendant AT&T Mobility on behalf of current or former employees based on violations of the Fair Labor Standards Act. Plaintiff's counsel and counsel for Defendant AT&T Mobility have spoken numerous times regarding the legal issues involved in this case (and the other pending AT&T Mobility cases), including anticipated discovery, and are working together to handle these cases in the most efficient, cost-effective manner.

Given that the new Defendant has not yet appeared, is not obligated to appear, and will not appear prior to January 3, 2012,   Plaintiff believes that continuing the Case Management Conference until March 16, 2012, would allow the only Defendant's counsel to appear, and provide both parties ample and reasonable time to Meet and Confer and prepare the Joint Case Management Statement.  Plaintiff's counsel and Defendant have a conference in two similar matters(Case Nos. CV11-04652-EJD and CV11-05072-EJD)  before the court at that time as well.  Plaintiff would be happy to discuss this matter at that conference, if the Court finds it most efficient.

NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through his counsel of record, respectfully asks the following:

1.    That the Case Management Conference be continued from January 20, 2012, at 10:00 a.m., to March 16, 2012, at 10:00 a.m.; and

2.    That the corresponding deadline to file the Joint Case Management Conference Statement be continued to March 9, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 6, 2011

    /s/   Joel R. Bryant
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiff
AMY LE TONG

**ORDER**

**IT IS ORDERED THAT:**

    1.      The Case Management Conference is continued from January 20, 2012, at 10:00 a.m., to ___March 16, 2012___ ;

    2.      The deadline to file the Joint Case Management Conference Statement is continued from January 13, 2012, to ___March 9, 2012___ .

Dated: ___December 7, 2011___

                                 Honorable Edward J. Davila

Case No: CV11-04651-EJD
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE