IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY LE TONG,<br><br>                    Plaintiff(s),<br>      v.<br><br>AT&T MOBILITY LLC, et. al.,<br><br>                    Defendant(s).<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | CASE NO. 5:11-cv-04651-EJD<br><br>**ORDER RELATING CASES; REFERRING CASES FOR RELATED CASE DETERMINATION** |

### I. ORDER RELATING CASES

Presently before the court is a sua sponte judicial referral for determination of related case relationship.

The court finds the following cases **are related** to the case captioned above, and that such cases not already assigned to this court shall be re-assigned to this court:

5:11-cv-04651 EJD    Tong v. AT&T Mobility LLC, et. al.

5:11-cv-04652 EJD    Diez v. AT&T Mobility LLC, et. al.

5:11-cv-05072 EJD    McClain v. AT&T Mobility LLC, et. al.

5:11-cv-04654 LHK    Ng v.  AT&T Mobility LLC, et. al.

5:11-cv-04655 LHK    Gubatan v. AT&T Mobility LLC, et. al.

5:11-cv-04656 LHK    Afsharpour v. AT&T Mobility LLC, et. al.

1  Counsel are instructed that all future filings in any reassigned case are to bear the initials of
2  this court (EJD) immediately after the case number. Any case management conference in any
3  reassigned case will be rescheduled by the court. The parties shall adjust the dates for the
4  conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26
5  accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must
6  be renoticed by the moving party before this court. Any deadlines set by the ADR Local Rules
7  remain in effect, as well as any deadlines established in a case management order, except for dates
8  for appearance in court.

## II. RELATED CASE REFERRAL

Pursuant to Civil Local Rule 3-12(c), the six cases listed in the preceding section, having now been related by this court, are hereby referred to the Honorable Thelton E. Henderson for a determination as to whether they are related to <u>Cruz v. AT&T Mobility LLC, et. al.</u>, Case No. 3:11-cv-04508 TEH, an action currently pending before Judge Henderson.

**IT IS SO ORDERED.**

Dated: January 9, 2012



EDWARD J. DAVILA
United States District Judge